# LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

April 8, 2011

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, NY 12207

Attention: Clerk

RE: Bankruptcy Estate of **Sarah P. Otto**
Case No. **09-14596** - Chapter 7

Dear Clerk:

Enclosed please find Trustee's check number 111 in the sum of $4.73 which represents the following dividend(s) under the $5.00 limit on the above captioned case:

Claim #5 filed by Crystal Rock, LLC, PO Box 10028, Waterbury, CT 06725 (filed amount $47.36 - dividend $4.73)

Thank you.

Very truly yours,

William M. McCarthy

WMM/dvo
Enc.